# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TEDESCO and TINA TEDESCO, | |
| Plaintiffs, | CIVIL ACTION NO. 3:17-CV-01282 |
| v. | (JUDGE CAPUTO) |
| MONROE COUNTY, et. al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 29th day of September, 2017, **IT IS HEREBY ORDERED** that Magistrate Judge Carlson's Report and Recommendation (Doc. 6) is **ADOPTED** as modified in the accompanying memorandum:

(1) Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 3) is **GRANTED**.

(2) Plaintiff's Complaint (Doc. 1), in its entirety, is **DISMISSED with prejudice**.

(3) Plaintiff's Motion for Leave to Amend (Docs. 8-9) is **DENIED**.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge