**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JOHN TEDESCO and TINA TEDESCO,

    Plaintiffs,

        v.

MONROE COUNTY, et. al.,

    Defendants.

CIVIL ACTION NO. 3:17-CV-01282

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 21st day of November, 2017, **IT IS HEREBY ORDERED** that:

(1)     Plaintiff John Tedesco's Motion for Reconsideration (Doc. 13) is **DENIED**;

(2)     Plaintiff John Tedesco's Motion to Appoint Counsel (Doc. 17) is **DENIED as moot**.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge